### 2696.  KEMP *v.* THE STATE.

RUSSELL, J.  The incriminating circumstances raise a · grave suspicion of
the defendant's guilt, but are consistent with his innocence.  For this
reason the conviction of the defendant was unauthorized, and a new
trial should have been granted.

*Judgment reversed.  Powell, J., dissents.*

DECIDED JULY 19, 1910. ·

Accusation of gaming; from city court of Swainsboro—Judge
Mitchell.   March 5; 1910.

The evidence for the State consisted of the testimony of two
witnesses, who testified, that they were looking for a horse thief,
and at night went to a certain shanty, where, on looking through
cracks, they saw, by the light of a small fire, the defendant Kemp
and four other men playing cards, and heard what they supposed
to be money, but did not see any money; one of the witnesses
thought he heard money hitting the floor; they heard one of the
men say something about dropping a quarter under the. house.
The players, on hearing the witnesses, stopped, and the witnesses
then broke open the door, went in, and arrested the men, but found
no money.    They heard no betting, and did not know that the
men were gambling.

*S. J. Tison, W. W. Larsen,* for plaintiff in error.

*A. S. Bradley, solicitor,* contra.